THARP v. RUFF. (No. 985.) (Court of Civil Appeals of Texas. Beaumont. June 6, 1923. Rehearing Denied June 20, 1923.) Appeal from District Court, Henderson County; W. R. Bishop, Judge. Action by T. A. Tharp against R. E. Ruff. Judgment for defendant, and plaintiff appeals. Affirmed. Miller & Miller, of Athens, for appellant. A. B. Coker, of Athens, for appellee.

WALKER, J. In effect, this was a boundary suit instituted by appellant against appellee to locate the dividing line between his land on the north and appellee's on the south. On a trial to the court without a jury, judgment was in favor of appellee. No conclusions of law and fact were requested, and none filed. The only assignment is that the judgment was without support in the evidence. We have carefully examined the briefs of both parties and the statement of facts, and without quoting the evidence we believe it is sufficient to say that the judgment has abundant support in the record. The assignment is therefore overruled. Affirmed.

---

STATE v. CRUMPLEY. (No. 24112.) (Supreme Court of Missouri, Division No. 2. June 11, 1923.) Appeal from Circuit Court, Jackson County; E. E. Porterfield, Judge. R. E. Crumpley, alias Dick Crumpley, was convicted of robbery, and he appeals. Affirmed. Jesse W. Barrett, Atty. Gen., and R. W. Otto, Asst. Atty. Gen., for the State.

HIGBEE, C. The defendant was found guilty of robbery in the first degree, and sentenced to serve a term of five years in the penitentiary in accordance with the verdict. There is no bill of exceptions nor brief for the appellant. The information contains all the averments to charge the crime of robbery in the first degree. The verdict is in proper form. There being no error in the record, the judgment is affirmed.

RAILEY, C., concurs.

PER CURIAM. The foregoing opinion of HIGBEE, C., is hereby adopted as the opinion of the court. All concur.